UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL GARROW, | Case No. 2:14-cv-02143-RFB-VCF |
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, SR., et al., | |
| Respondents. | |

This habeas matter under 28 U.S.C. § 2254 comes before the court on petitioner Michael Garrow's motion for an extension of time to reply in support of his petition (ECF No. 27) and motion for leave to file excess pages (ECF No. 29).  Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time (ECF No. 27) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to file excess pages re: reply brief (ECF No. 29) is **GRANTED**.

DATED: October 5, 2016..

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE