UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL GARROW, | Case No. 2:14-cv-02143-RFB-VCF |
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, SR., *et al.*, | |
| Respondents. | |

This habeas matter under 28 U.S.C. § 2254 comes before the court on Lisa Rasmussen's motion to relieved as counsel for the petitioner in this action because such representation has caused her unreasonable financial hardship (ECF No. 33). Good cause appearing, Ms. Rasmussen's motion is granted. She is hereby permitted to withdraw as counsel for the petitioner, effective immediately.

**IT IS SO ORDERED.**

DATED: June 7, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE